FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -3 PM 1:17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JESSIE L. THOMAS | * | CIVIL ACTION |
| VERSUS | * | NO. 06-0005 |
| MAERSK LINE, LTD. | * | SECTION: |
| | * | PLAINTIFF REQUESTS TRIAL BY JURY |

SECT. B MAG. 1

**SEAMAN'S COMPLAINT**
**(<u>FILED PURSUANT TO 28 U.S.C. 1916</u>)**

The complaint of Jessie L. Thomas, a person of lawful age and a citizen residing in New Orleans, State of Louisiana and the United States of America, respectfully represents:

I.

Maersk Line, Ltd. is a corporation authorized to do and doing business within the territorial jurisdiction of this Honorable Court.

II.

On or about June 27, 2004, Maersk Line, Ltd. owned and/or operated and/or controlled the M/V PFC. WILLIAM B. BAUGH, docked in the Norfolk harbor.

III.

On that date, plaintiff was a member of the crew of the M/V PFC. WILLIAM B. BAUGH owned and operated by Maersk Line, Ltd.

___ Fee Seaman
___ Process ________
X Dktd ________
___ CtRmDep ________
___ Doc. No. ________

IV.

On or about June 27, 2004, Plaintiff was working aboard the M/V PFC. WILLIAM B. BAUGH as a member of the crew of the said vessel in the capacity of a bosun.

V.

On or about June 27, 2004, plaintiff was working on M/V PFC. WILLIAM B. BAUGH, when he slipped going down a ladder without non-skid paint on its rungs. As a result, plaintiff suffered, including but not limited to, a broken ankle and injuries to his foot.

VI.

A legal cause of these injuries was negligence attributable to the defendant.

VII.

A legal cause of these injuries was the unseaworthiness of the M/V PFC. WILLIAM B. BAUGH in failing to inspect, provide and maintain safe equipment and other particulars to be shown at trial.

VIII.

This injury occurred while plaintiff was in the service of the said vessel, and therefore, he is entitled to receive maintenance and cure benefits.

IX.

As a direct result of his incident, plaintiff sustained serious injuries to his ankle and foot, as well as other injuries, causing loss of past and future earnings and earning capacity, and related expenses, all to his damage in the full sum of NINE HUNDRED FIFTY THOUSAND ($950,000.00) dollars, which include amounts due for maintenance, cure and damage for failure to provide same.

X.

Plaintiff was not at fault at causing his injury or his resultant damages.

XI.

This case is cognizable under an Act of Congress known as the Merchant Marine Act approved by Congress on June 5, 1920, Section 33, commonly referred to as the Jones Act (46 U.S.C. 688) and pursuant to the General Maritime Law of the United States of America.

XII.

Plaintiff is entitled to, and therefore, prays for trial by jury.

**WHEREFORE,** plaintiff, Jessie L. Thomas, prays that the defendant, Maersk Line, Ltd., be served with a copy of this complaint, and that the defendant be summoned to appear and to answer the allegations contained herein within the delays allowed by law, and that after due proceedings had, there be judgment herein in favor of plaintiff, Jessie L. Thomas, and against the defendant, Maersk Line, Ltd., in the full and true sum of NINE HUNDRED FIFTY THOUSAND ($950,000.00) dollars, for all costs of these proceedings, for interest from date of injury, until paid, for trial by jury, and for all appropriate legal, equitable and maritime relief.

Respectfully submitted:

LEONARD A. RADLAUER (#11059)
1511 Metairie Road, Box 45
Metairie, LA 70005
Tele: (504) 615-3746
Fax: (504) 301-0372

**PLEASE SERVE:**
**MAERSK LINE LTD.**
THROUGH ITS ATTORNEY OF RECORD, (ATTORNEY HAS AGREED TO ACCEPT SERVICE)
Peter B. Tompkins, Esq.
MURPHY, ROGERS, SLOSS & GAMBEL
701 Poydras Street, Suite 400
New Orleans, LA 70139

06-0005

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Jessie L. Thomas

**DEFENDANTS**
Maersk Line, Ltd.

SECT. L MAG. 1

(b) County of Residence of First Listed Plaintiff Orleans Parish
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- X3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- x 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

X 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**:
JONES ACT CASE
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 950,000
CHECK YES only if demanded in complaint:
**JURY DEMAND:** x Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE
December 30, 2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE