**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JESSIE L. THOMAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0005** |
| **MAERSK LINE LTD** | **SECTION B(1)** |

# FINAL JUDGMENT

This action came for trial by jury before the undersigned District Judge on August 1, 2007. The issue of liability having been duly tried and a verdict having been duly rendered by the jury,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in **FAVOR** of Plaintiff Jessie L. Thomas and **AGAINST** Defendant Maersk Line Ltd. on grounds of negligence and unseaworthiness.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Maersk Line Ltd. shall pay to Plaintiff Jessie L. Thomas $878,000.00 together with legal interest as prescribed in 28 U.S.C. § 1961 from the date of judgment until paid, and for all taxable costs of these proceedings.

New Orleans, Louisiana, this 15th day of August, 2007.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE